UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINTER MARTIN,

Plaintiff,

v.

HUBSPOT, INC.,

Defendant.

Case No. 26-cv-03699-HSG

**SCHEDULING ORDER**

A case management conference was held on August 4, 2026. Having considered the parties' proposals, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | October 5, 2026 |
| Close of Fact Discovery | January 4, 2027 |
| Exchange of Opening Expert Reports | January 19, 2027 |
| Exchange of Rebuttal Expert Reports | February 3, 2027 |
| Close of Expert Discovery | February 18, 2027 |
| Dispositive Motion Hearing Deadline | April 8, 2027, at 2:00 p.m. |
| Pretrial Conference | June 29, 2027, at 3:00 p.m. |
| Jury Trial (4 days) | July 12, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/10/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California